HENRY J. STEWART, Respondent, v. CLAYTON G. KELLY, Appellant.—Judgment unanimously affirmed, with costs.

WALTER S. WOOD COAL COMPANY, Respondent, v. CHARLES D. BECKWITH and CLARENCE A. BECKWITH, Copartners, Comprising the Firm of BECKWITH BROTHERS, Appellants.—Judgment unanimously affirmed, with costs.

WILLIAM VAN SCHAICK, Respondent, v. J. LEONARD BYRNES, Appellant.—Judgment and order affirmed, with costs. All concur, except John M. Kellogg, P. J., and Woodward, J., dissenting on the ground that the verdict is against the weight of evidence.

HENRY R. WIXOM, Respondent, v. LEWIS W. ERVAY, Appellant.— Judgment and order unanimously affirmed, with costs. Kiley, J., not sitting.

BOSTON AND MAINE RAILROAD, Appellant, v. STANDARD WALL PAPER COMPANY, Respondent.— Motion denied.

JEROME COURTWRIGHT, as Administrator, etc., of JASPER COURTWRIGHT, Deceased, Appellant, v. MINNIE SHERMAN, Respondent.— Motion granted.

THEODORE M. COX, as Trustee in Bankruptcy of KINGSBURY-LEAHY COMPANY, Bankrupt, Appellant, v. EDWARD W. LEAHY and Others, Respondents.— Order modified so as to permit the plaintiff, at his option, to pay into court, in lieu of the undertaking, $250, and, as so modified, unanimously affirmed, without costs.

JACOB M. GOLDENKOFF, Plaintiff, v. THE ALBANY LAW SCHOOL, Defendant.—We think the papers upon which the county judge based his action in granting the injunction did not state facts sufficient to justify this discretionary order. It is, therefore, vacated. All concur.

GREEN ISLAND WATER SUPPLY COMPANY, Respondent, v. THE MAGILL IMPROVEMENT COMPANY, INCORPORATED, Appellant.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of VINEY HAMILTON, Claimant, for the Death of Her Husband, MARSHALL HAMILTON, v. JOHN L. HAYES CONSTRUCTION COMPANY, Employer, Respondent, and LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Insurance Carrier, Appellant.— Motion to dismiss appeal granted, without costs.

In the Matter of Proving the Last Will and Testament of LELA DEVOE, Late of the City of Schenectady, N. Y., Deceased.— Motion to dismiss appeal granted, unless the appellant files and serves an undertaking within twenty days, and pays ten dollars costs of motion; if such undertaking is filed and served and costs paid, the motion is denied, without costs.

In the Matter of the Application of GRACE H. WENTWORTH, as Executrix, etc., of JOHN W. WENTWORTH, Deceased, to Compel HENRY L. ARMSTRONG, as Executor, etc., of MARY EMMA ARMSTRONG, Deceased, to Render and File an Account of His Proceedings as Such Executor and Trustee.— Decision amended by striking out provision as to costs. In other respects motion denied. [See 190 App. Div. 829.]

MECHANICVILLE WAR CHEST, INC., Respondent, v. ANDREW M. RYAN, Appellant.— Defendant's motion denied; plaintiff's motion granted, with ten dollars costs.